United States Bankruptcy Court
Western District of Washington

In re:                                                              Case No. 14-13107-MLB
James Gordon Aiton                                                  Chapter 7
Mary Katherine Aiton
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0981-2           User: admin              Page 1 of 1            Date Rcvd: Jul 30, 2014
                               Form ID: b18             Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2014.
```
db/jdb       +James Gordon Aiton,   Mary Katherine Aiton,   17963 Marine View Dr. SW,
               Normandy Park, WA 98166-3625
955011604    +American Express Global Collections,   PO Box 26315,   Lehigh Valley, PA 18002-6315
955011606    +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
955011607    +Bank of America,   1800 Tapo Canyon Road,   Simi Valley, CA 93063-6712
955011609    +Diversified Consultants Inc,   PO Box 1391,   Southgate, MI 48195-0391
955011610    +Highline Medical Center,   c/o PCS Credit Service,   PO Box 7548,   Springfield, OR 97475-0039
955011612    +King County Prosecuting Att.,   King County Ct Room W554,   516 Third Ave,
               Seattle, WA 98104-2390
955011614    +Southwest Suburban Sewer Dist,   431 Ambaum Blvd, SW,   Seattle, WA 98166-2497
955011616     Wash Dept of L & I,   PO Box 44000,   Olympia, WA 98504-4000
955011617     Wash State Attorney General,   1125 Washington Street SE,   PO Box 40100,
               Olympia, WA 98504-0100
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QMBMCCARTY.COM Jul 31 2014 00:53:00      Michael B McCarty,   400 Warren Ave Ste 411,
               Bremerton, WA 98337-6009
smg           EDI: WADEPREV.COM Jul 31 2014 00:53:00      State of Washington,   Department of Revenue,
               2101 4th Ave, Ste 1400,   Seattle, WA 98121-2300
955011603    +EDI: AMEREXPR.COM Jul 31 2014 00:53:00      American Express,   PO Box 981537,
               El Paso, TX 79998-1537
955011605     EDI: BANKAMER.COM Jul 31 2014 00:53:00      Bank of America,   PO Box 982235,   El Paso, TX 79998
955011608    +E-mail/Text: bankruptcy@cavps.com Jul 31 2014 01:01:28       Cavalry,   PO Box 520,
               Valhalla, NY 10595-0520
955011611     EDI: IRS.COM Jul 31 2014 00:53:00      Internal Revenue Service,   PO Box 7125,
               San Francisco, CA 94120-7125
955011613    +E-mail/Text: bknotices@professionalcredit.com Jul 31 2014 01:01:38       PCS Professional Cr Srvc,
               400 International Way,   Springfield, OR 97477-7002
955011615    +EDI: CONVERGENT.COM Jul 31 2014 00:53:00      T-Mobile USA,   C/O Convergent Outsourcing,
               800 SW 39th Street,   Renton, WA 98057-4975
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2014 at the address(es) listed below:
          Bridget Bourgette Shaw    on behalf of Joint Debtor Mary Katherine Aiton
           bridget@shawlawgrouppllc.com, office@shawlawgrouppllc.com
          Bridget Bourgette Shaw    on behalf of Debtor James Gordon Aiton bridget@shawlawgrouppllc.com,
           office@shawlawgrouppllc.com
          Michael B McCarty    michael@mccartytrustee.com, krystina@mccartytrustee.com,
           mmccarty@ecf.epiqsystems.com
          United States Trustee    USTPRegion18.SE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

Case No. **14–13107–MLB**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| James Gordon Aiton | Mary Katherine Aiton |
| 17963 Marine View Dr. SW | 17963 Marine View Dr. SW |
| Normandy Park, WA 98166 | Normandy Park, WA 98166 |

Social Security/Individual Taxpayer ID No.:
xxx–xx–1841                                          xxx–xx–3003

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on **April 23, 2014.** It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: July 30, 2014

Marc Barreca
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**